AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08 CR 2748-W |
| JUAN MARTINEZ-YANES, aka Jose Juan Ramirez-Cardona | CASE NUMBER: 08mj2192 |

I, JUAN MARTINEZ-YANES, aka Jose Juan Ramirez-Cardona, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8.14.08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Juan Martinez Y_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer