```
Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California  92101-3909
Telephone:   (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:       (619) 436-8117
KDH@Kurt David Hermansen.com
Attorney for Defendant
JOSE JUAN RAMIREZ-CARDONA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     v.<br><br>JOSE JUAN RAMIREZ-CARDONA,<br><br>           Defendant. | Case No. 08cr2748 W<br><br>**NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008** |

To the Clerk of this Court and all parties of record:

I hereby give notice that on September 1, 2008, my address will change to:

Law Office of Kurt David Hermansen

110 West C Street, **Suite 1903**

San Diego, California 92101

Also, my fax number will change to **(619) 794-2263**.

Respectfully submitted,

Executed on: <u>August 16, 2008</u>         <u>     s/*Kurt David Hermansen*     </u>

Attorney for Defendant<br>Email:  KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr2748 W |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOSE JUAN RAMIREZ-CARDONA, | ) ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _August 16, 2008_         _s/**Kurt David Hermansen**_

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com